UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES ALVAREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, <br><br> Defendant. | Case No. 14-cv-00574-WHO <br><br> **ORDER REQUIRING FURTHER MEET AND CONFER REGARDING DISCOVERY DISPUTE; SETTING TELEPHONIC HEARING** <br><br> Re: Dkt. No. 64 |

The parties have submitted a joint statement regarding a discovery dispute. Dkt. No. 64. The letter indicates that the parties do not agree which requests for production and which interrogatories are still at issue and which may be narrowed, demonstrating that the parties have not finished meeting and conferring. By January 7, 2015, the parties shall finish meeting and conferring about the issues raised in the letter and submit a further joint letter to the Court identifying any issues that remain. The Court will hold a telephonic hearing on Friday, January 9, 2015 at 2:00 pm to address any remaining issues.

**IT IS SO ORDERED**.

Dated: December 23, 2014

WILLIAM H. ORRICK
United States District Judge