UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES ALVAREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>　　　　Defendant. | Case No. 14-cv-00574-WHO<br><br>**ORDER GRANTING PLAINTIFFS MOTION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. No. 73 |

Given the serious medical condition of one of plaintiff's counsel and the deficiencies in the production by defendant of discovery ordered by the Court during the hearing on January 9, 2015, I GRANT plaintiffs' request for a continuance of the trial and associated dates. If I was not clear before, I was unhappy at the last hearing with defendant's failure to have produced documents it conceded at the hearing should have been produced. I am not happy now that problems seem to have continued, necessitating this lengthy continuance. The parties are referred to the Guidelines for Professional Conduct on the Northern District's website. If further disputes are brought to me because of substandard production or other lack of non-compliance with my prior orders or the Federal Rules of Civil Procedure, there will be consequences. I do not anticipate changing the motion or trial date again.

The new schedule is:

| | |
|---|---|
| Motion for class certification filed: | July 8, 2015 |
| Response: | August 12, 2015 |
| Reply: | September 2, 2015 |
| Hearing: | September 16, 2015 |
| Discovery Cutoff: | January 29, 2016 |

| | | |
|---|---|---|
| 1 | Expert disclosure: | January 29, 2015 |
| 2 | Expert Rebuttal: | February 22, 2016 |
| 3 | Expert Discovery Cutoff: | March 14, 2016 |
| 4 | Dispositive motions heard by: | March 2, 2016 |
| 5 | Pretrial conference: | May 2, 2016 |
| 6 | Trial: | June 6, 2016 |

**IT IS SO ORDERED**.

Dated: February 27, 2015

WILLIAM H. ORRICK
United States District Judge