1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6    MERCEDES ALVAREZ, et al.,                 Case No.  14-cv-00574-WHO

             Plaintiffs,

7

8         v.                                   ORDER ON DISCOVERY DISPUTES
                                               REGARDING DEPOSITION OF
9    FARMERS INSURANCE EXCHANGE,                DEFENDANT'S CHIEF
                                               ADMINISTRATIVE OFFICER AND
             Defendant.                        DEFENDANT'S DOCUMENT
10                                             PRODUCTION

11                                             Re: Dkt. Nos. 94, 95 and 96

12

13        The parties have submitted various discovery disputes for my determination.  Dkt. Nos.

14   94-96.  Having reviewed their joint and individual statements, I ORDER that:

15        1.  Plaintiffs' request to depose Deborah Aldredge, defendant's Chief Administrative

16            Officer, is DENIED without prejudice.  Plaintiffs have not explained why a 30(b)(6)

17            deposition will not be sufficient to address the relevant state-wide issues.  Plaintiffs

18            identify one alleged complaint that Ms. Aldredge may have handled, but a deposition

19            by written question could address that matter and determine whether she performed her

20            own investigation of systemic off-the-clock work.  If she did, her deposition may well

21            be appropriate.  Plaintiffs also alleged that they have not received complaints of off-

22            the-clock work and missed meal and rest breaks and that Ms. Aldredge may have

23            handled some of those complaints.  Defendant represents that those complaints have

24            now been produced.  If plaintiffs can demonstrate why a deposition of Ms. Aldredge is

25            necessary after completing the type of discovery referred to above, they should renew

26            this request.

27        2.  Plaintiffs ask for searches to be run on the emails and files of a random sample of class

28

United States District Court
Northern District of California

members' supervisors and managers.  Defendant asserts that no discovery request has been received with that request.  It is unclear to me why this material is being sought, procedurally and substantively, and the request is DENIED without prejudice to a showing of materiality and necessity.

3.  Defendant represents that all other outstanding discovery issues have been resolved.  It is unclear whether defendant is agreeing to produce the requested documents or has already done so.  I ORDER that if defendant has not actually produced the documents that had been in dispute, it should do so within seven days or provide plaintiffs with a schedule detailing when the documents will be produced.  Said schedule shall demonstrate that the defendant has prioritized the production.

4.  If plaintiffs dispute defendant's representation regarding the resolution of these discovery issues, the parties shall send me a joint letter outlining their disagreement(s) on or before May 26, 2015.  With respect to items one and two above, plaintiffs may renew their requests at any time they have the factual basis to do so.

**IT IS SO ORDERED**.

Dated: May 12, 2015



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California

2