UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCEDES ALVAREZ, et al.,

          Plaintiffs,

   v.

FARMERS INSURANCE EXCHANGE,

          Defendant.

Case No.   14-cv-00574-WHO

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE AND REVISING PRE-TRIAL AND TRIAL SCHEDULE**

RE: DKT. NO. 111

Defendants have moved to extend their time to oppose plaintiffs' motion for class certification by 60 days to allow them more time to conduct discovery.  Dkt. No. 111.  Plaintiffs do not oppose the 60-day extension, so long as the Court modifies the remaining schedule.  Dkt. No. 113.  Plaintiffs do not identify the specific scheduling modifications they seek.

Defendants' motion is GRANTED.  The remaining schedule is also modified.  The new deadlines are as follows:

1. Defendant's opposition to plaintiffs' motion for class certification: October 5, 2015
2. Plaintiffs' reply in support of their motion for class certification: November 9, 2015
3. Hearing on plaintiffs' motion for class certification: December 2, 2015, at 2:00 p.m.
4. Fact discovery cutoff: May 13, 2016
5. Expert disclosure: May 13, 2016
6. Expert rebuttal: June 8, 2016
7. Expert discovery cutoff: June 29, 2016
8. Dispositive motions heard by: June 29, 2016
9. Pretrial conference: August 29, 2016
10. Trial: September 26, 2016

**IT IS SO ORDERED**.

Dated: August 3, 2015



WILLIAM H. ORRICK
United States District Judge