UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES ALVAREZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>  Defendant. | Case No. 14-cv-00574-WHO<br><br>**ORDER REGARDING DOCUMENTS FROM FARMERS' DECLARANTS**<br><br>Re: Dkt. No. 138 |

In the latest discovery dispute between these parties, plaintiffs seek documents in an expedited fashion concerning eighteen putative class members from whom defendant obtained declarations. Dkt. No. 138. Seventeen of the eighteen declarants had not previously been disclosed by defendants. It is unclear how material the declarations will be in the determination of the motion for class certification, which is currently scheduled for hearing on December 2, 2015, but it seems obvious that plaintiffs should have access to the requested records so that the record before the Court is complete by the time of the hearing.

Plaintiffs' request is GRANTED. Defendant shall disclose the records listed on page 3 of Joint Statement no later than **November 5, 2015**. Plaintiffs may also file a five page supplemental memorandum no later than **November 18, 2015** in the event that they are unable to address sufficiently the evidence pertaining to the undisclosed declarants.

**IT IS SO ORDERED**.

Dated: October 29, 2015



WILLIAM H. ORRICK
United States District Judge