1  PETER RUKIN (SBN 178336)
   *prukin@rhdtlaw.com*
2  JESSICA RIGGIN (SBN 281712)
   *jriggin@rhdtlaw.com*
3  REBECCA STEPHENS (SBN 299234)
   *rstephens@rhdtlaw.com*
4  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 2150
5  San Francisco, CA 94111
   Telephone: (415) 421-1800
6  Facsimile:  (415) 421-1700

7  DAVID R. MARKHAM (SBN 071814)
   *dmarkham@markham-law.com*
8  PEGGY REALI (SBN 153102)
   *preali@markham-law.com*
9  JANINE MENHENNET (SBN 163501)
   *jmenhennet@markham-law.com*
10 MAGGIE REALIN (SBN 263639)
   THE MARKHAM LAW FIRM
11 750 B Street, Suite 1920
   San Diego, CA 92101
12 Telephone: (619) 399-3995
   Facsimile: (619) 615-2067

14 Attorneys for Plaintiffs

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES ALVAREZ, MATT OHLSON, CEDRIC MARTIN, ALFONZO EDWARDS, BRANDI LOPEZ, BRIAN LEIGH, JEFFREY HOLLOWAY, KRYSTA RAMOS, and TODD GONSALVES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>Defendant. | Case No. 3:14-cv-00574-WHO<br><br>**ORDER GRANTING  STIPULATED REQUEST FOR ORDER EXTENDING TIME ON CLASS CERTIFICATION HEARING DATE** |

Upon review of the Parties' Stipulated Request for Order Extending Time on Class Certification Hearing Date, the Court HEREBY ORDERS the following:

1. The hearing on Plaintiffs' Motion for Class Certification currently scheduled for December 2, 2015, is hereby removed from the Court's calendar;

2. The Parties shall file a joint status report no later than fourteen (14) days after the conclusion of the mediation either notifying the Court that the Parties have settled or requesting a new hearing date for Plaintiffs' Motion for Class Certification.

**IT IS SO ORDERED.  In the event that the parties have not filed the joint status report referred to above, they shall appear for a further Case Management Conference on March 8, 2016 at 2:00 p.m., and shall file a Joint Case Management Statement by March 1, 2016.**

DATED:  November 24, 2015

_____
Hon. William H. Orrick
United States District Judge