UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES ALVAREZ, MATT OHLSON, CEDRIC MARTIN, ALFONZO EDWARDS, BRANDI LOPEZ. BRIAN LEIGH, JEFFREY HOLLOWAY, KRYSTA RAMOS, and TODD GONSALVES on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FARMERS INSURANCE EXCHANGE and DOES 1 – 10, inclusive,<br><br>        Defendants. | Case No. 3:14-CV-00574 WHO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO MAY 18, 2016**<br><br>Date:     May 11, 2016<br>Time:    2:00 p.m.<br>Ctr.:      2 |

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

26514071v.1

## **STIPULATION**

Based upon the Parties' April 25, 2016 Stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. The hearing on Plaintiffs' Motion for Class Certification, currently set for May 11, 2016 at 2:00 p.m., should be continued to May 18, 2016 at 2:00 p.m..

**IT IS SO ORDERED.**

DATED: April 25, 2016

_____
Hon. William H. Orrick
United States District Judge