PETER RUKIN (SBN 178336)
*prukin@rhdtlaw.com*
JESSICA RIGGIN (SBN 281712)
*jriggin@rhdtlaw.com*
REBECCA STEPHENS (SBN 299234)
*rstephens@rhdtlaw.com*
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700

DAVID R. MARKHAM (SBN 071814)
*dmarkham@markham-law.com*
PEGGY REALI (SBN 153102)
*preali@markham-law.com*
MAGGIE REALIN (SBN 263639)
THE MARKHAM LAW FIRM
750 B Street, Suite 1920
San Diego, CA 92101
Telephone: (619) 399-3995
Facsimile: (619) 615-2067

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES ALVAREZ, MATT OHLSON, CEDRIC MARTIN, ALFONZO EDWARDS, BRANDI LOPEZ, BRIAN LEIGH, JEFFREY HOLLOWAY, KRYSTA RAMOS, and TODD GONSALVES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>    Defendant. | Case No. 3:14-cv-00574-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER VACATING DATES AND DEADLINES** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Andrew M. Paley (SBN 149699)
*apaley@seyfarth.com*
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:      (310) 277-7200
Facsimile:      (310) 201-5219

Dean A. Martoccia (SBN 1931185)
*dmartoccia@seyfarth.com*
Larry M. Lawrence (SBN 232720)
*llawrence@seyfarth.com*
Candace Bertoldi (SBN 254725)
*cbertoldi@seyfarth.com*
**SEYFARTH SHAW LLP**
333 South Hope, Suite 3900
Los Angeles, California 90071-1406
Telephone:      (213) 270-9600
Facsimile:      (213) 270-9601

Attorneys for Defendants
FARMERS INSURANCE EXCHANGE

-ii-

*Alvarez et al. v. Farmers Insurance Exchange*; Case No.: 3:14-cv-00574-WHO
Order Granting Stipulated Request for Order Vacating Dates and Deadlines

Upon review of the Parties' Stipulated Request for Order Vacating Dates and Deadlines, the Court HEREBY ORDERS the following:

1.     The dates in the Court's August 3, 2015 scheduling order (Dkt. 118) are vacated;

2.     The Parties shall submit a joint case management statement containing a proposed schedule for the remainder of the case no later than seven (7) days after the Court's order on Plaintiffs' motion for class certification.

**IT IS SO ORDERED.**

DATED:  May 16, 2016

_____
Hon. William H. Orrick
United States District Judge